JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA-EASTERN DIVISION

| | |
|---|---|
| PATRICIA MASON, an Individual; and DONALD MASON, an Individual,<br><br>Plaintiffs,<br><br>vs.<br><br>NAVY FEDERAL CREDIT UNION, a not for profit federally chartered credit union; and DOES 1-10,<br><br>Defendants. | Case No.: EDCV14-01378 VAP SPx<br><br>**COURT ORDER AS TO STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE** |

### ORDER AS TO STIPULATION TO DISMISS

The parties' STIPULATION TO DISMISS THE ENTIRE ACTION WITH PREJUDICE is approved.

**IT IS SO ORDERED.**

Dated: August 15, 2014

_____
UNITED STATES DISTRICT JUDGE

1